**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

District of Utah

Case number (*If known*): _____

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy   12/22

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Adam<br>First name<br><br>Nugent<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and doing business as names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 3 8 6 9<br>OR<br>9 xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____<br>OR<br>9 xx – xx – ____ ____ ____ ____ |

Debtor 1  Adam  Nugent
_____
First Name   Middle Name   Last Name

Case number (*if known*)_____

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | EIN _____<br><br>EIN _____<br><br>EIN _____<br><br>EIN _____ | EIN _____<br><br>EIN _____<br><br>EIN _____<br><br>EIN _____ |
| **5. Where you live** | 1484 Harvard Ave<br>Number   Street<br><br>_____<br><br>Salt Lake City        UT    84105<br>City                State   ZIP Code<br><br>Salt Lake County<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number   Street<br><br>_____<br>P.O. Box<br><br>_____<br>City            State   ZIP Code | **If Debtor 2 lives at a different address:**<br><br>_____<br>Number   Street<br><br>_____<br><br>_____<br>City            State   ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number   Street<br><br>_____<br>P.O. Box<br><br>_____<br>City            State   ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>[✓] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>[ ] I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) | *Check one:*<br><br>[ ] Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>[ ] I have another reason. Explain.<br>(See 28 U.S.C. § 1408.) |

Official Form 101          **Voluntary Petition for Individuals Filing for Bankruptcy**          page 2

Debtor 1  Adam  Nugent _____   Case number (*if known*)_____
         First Name    Middle Name    Last Name

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☑ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments**. If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes.  District _____  When _____  Case number _____
         District _____  When _____  Case number _____
         District _____  When _____  Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes.

Debtor _____  Relationship to you _____
District _____  When _____  Case number, if known _____

Debtor _____  Relationship to you _____
District _____  When _____  Case number, if known _____

**11. Do you rent your residence?**

☐ No. Go to line 12.
☑ Yes. Has your landlord obtained an eviction judgment against you?

  ☑ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1    Adam Nugent                                      Case number *(if known)*_____
        First Name    Middle Name    Last Name

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.
☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number    Street

_____

_____ _____ _____
City                                   State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.
☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.
☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.
☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankrutpcy Code, and I choose to proceed under Subchatper V of Chapter 11.

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes. What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Debtor 1 ___Adam_____Nugent_____   Case number (*if known*)_____
            First Name     Middle Name     Last Name

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

[✔] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

[ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

[ ] **I am not required to receive a briefing about credit counseling because of:**

   [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   [ ] **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

[ ] **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

[ ] **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.
Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

[ ] **I am not required to receive a briefing about credit counseling because of:**

   [ ] **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

   [ ] **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

   [ ] **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  Adam  Nugent  
    First Name    Middle Name    Last Name

Case number (*if known*)_____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ No. Go to line 16b.
- ☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.
- ☐ No. Go to line 16c.
- ☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.  
_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

- ☐ No. I am not filing under Chapter 7. Go to line 18.
- ☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?
  - ☑ No
  - ☐ Yes

**18. How many creditors do you estimate that you owe?**
- ☐ 1-49
- ☐ 50-99
- ☑ 100-199
- ☐ 200-999
- ☐ 1,000-5,000
- ☐ 5,001-10,000
- ☐ 10,001-25,000
- ☐ 25,001-50,000
- ☐ 50,001-100,000
- ☐ More than 100,000

**19. How much do you estimate your assets to be worth?**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☑ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☑ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ /s/ Adam  Nugent  
Signature of Debtor 1

✗ _____  
Signature of Debtor 2

Executed on  11/28/2023  
    MM / DD / YYYY

Executed on _____  
    MM / DD / YYYY

Debtor 1  Adam  Nugent _____    Case number (*if known*)_____
         First Name   Middle Name      Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗  /s/ Aaron Nilsen                           Date    11/28/2023
Signature of Attorney for Debtor                      MM  /  DD  / YYYY

Aaron Nilsen
Printed name

Utah Bankruptcy Clinic LC
Firm name

221 25th Street
Number   Street

Ogden                                          UT        84401
City                                           State     ZIP Code

Contact phone  801-721-9633        Email address  aaron@utahbk.com

7950                                           UT
Bar number                                     State

Albrecht and Ginter Living Trust UA Feb 10, 2
2294 W Gallant Fox Ct
South Jordan, UT 84095

American Express
PO Box 981537
El Paso, TX 79998

Amy Thatcher
4034 South Mercury Drive
Salt Lake City, UT 84124

Amy Thomsen
11539 South Anna Emily Dr
South Jordan, UT 84095

Ann Lieber
268 S. State Street #418
Salt Lake City, UT 84111

Anthony Zolecki
4707 Prairie Dunes Way
Saint Paul, MN 55123

Ashley Mcphie
572 East 100 South
Centerville, UT 84014

Barbara Kaye Holland
1448 E VINE MEADOW CIR
Salt Lake City, UT 84121

Beefmaster Motel LLC   Attn. Carsten Mortense
550 East Juniper Hills
Coalville, UT 84017

BMW Financial Services
5550 Britton Pkwy
Hilliard, OH 43026

Brad Hennrich
4517 213th Street
Arlington, SD 57212

Brad Lee
6675 Berwick Ct
Rapid City, SD 57702

Brockbank INV Holdings, LLC   Attn. Nate Brock
2254 East 5340 South
Salt Lake City, UT 84117

Bryner Family Trust  Attn. Jan Bryner
1650 East Madsen Lane
Sandy, UT 84093

C Oil 215 West LLC   Attn. Shawn Brenchley
100 W Canyon Creek Rd STE 204
Alpine, UT 84004

Carolyn Gibbons
1526 Garfield Avenue
Salt Lake City, UT 84105

Cathy Oliva
8330 W La Caille
Peoria, AZ 85383

Chad Sundloff
793 E MARGARITA WAY
Washington, UT 84780

Charles F. Stiggins
3236 Brookside Dr
Provo, UT 84604

Chase Bank
340 S Cleveland Ave
Bldg 370
Westerville, OH 43081

Chris Laub
2825 Kentucky Ave
Holladay, UT 84117

Chris Mitchell
179 E. Holly Way
Washington, UT 84780

Cindy Allred
4811 W Dock St
South Jordan, UT 84009

Cordel Anderson
12263 S Doral Place
Draper, UT 84020

Dan Egan
8031 Stream View
Sandy, UT 84093

Dave Porter
654 Hollie Ave
Farmington, UT 84025

Dave Tullis
4960 South Memory Lane
Holladay, UT 84117

David A & Stephanie Golder Trust 8/1/11
2294 W Gallant Fox Ct
South Jordan, UT 84095

David Jensen
964 West Vahe Street
Draper, UT 84020

David Wrigley
12303 S Raleigh Ct
Draper, UT 84020

Desert Gardens VII  Attn. Cathy Oliva
8330 W La Caille
Peoria, AZ 85383

Diane Epperson
3940 Pine Valley Road
Kamas, UT 84036

Discount Title Loans  Attn. Renn McBride
7225 S 700 W
Midvale, UT 84047

Don R Forrest Family Trust
4764 S Spruce Glen Circle
Salt Lake City, UT 84107

Dorathy W. Hales
12114 S 2240 W
Riverton, UT 84065-7579

Doug Moore
466 SILVER HOLLOW DRIVE
Walnut Creek, CA 94598

Douglas Pashia
158 North 500 West
Delta, UT 84624

Eric Showgren
335 South 1200 East
Mapleton, UT 84664

Fred Lieber (AFL Family)  Attn. Alfred Lieber
268 S. State Street
Salt Lake City, UT 84111

Gary Jensen
13111 North Creekview Road
Rapid City, SD 57702

Gary Thornton
11887 N. Cyprus Drive
American Fork, UT 84003

GBRUT  Attn. George Swan
9032 Cobble Canyon Lane
Sandy, UT 84093

Gerald Knudson
1469 Beacon Dr
Salt Lake City, UT 84108

Gina Pettyjohn
3661 E. ELLIS ST.
Mesa, AZ 85205

Goldman Sachs Bank
Lockbox 6112
Po Box 7247
Philadelphia, PA 19170

Green Seed Capital  Attn. Cody Johnson
1935 East Vine Street #410
Salt Lake City, UT 84121

Greg Paul Brenchley Revocable Trust
2633 East 1240 South St. George, Utah 84
Saint George, UT 84790

Gregg & Brenda Nickel
2620 East Tuxedo Circle
Sandy, UT 84093

GW Capital  Attn. Mark Schwendimen
2203 East Somerset Dr
Salt Lake City, UT 84121

Internal Revenue Service
PO Box 8208
Philadelphia, PA 19101

J Gregory Schirf
2380 Meadow Drive
Park City, UT 84060

James Dasher
9547 South Willow Trail Way
South Jordan, UT 84095

James Mantone
422 North Sunset Drive
Mina, SD 57451

James P Lee
3371 S Plaza Way
Salt Lake City, UT 84109

Jamie Beynon
1767 South Sunset Pointe Circle
Kaysville, UT 84037

Jennifer Drummond
2984 Quarry Mountain Road
Park City, UT 84098

JennyAynne Nugent
4910 South Stone Pine Lane
Holladay

Jim Bennett
723 Eagle Way
Kaysville, UT 84037

Jim Umlauf
26311 N. 49th Ln.
Phoenix, AZ 85083

Jodie Rust
1956 E. Rich Way
Salt Lake City, UT 84121

John & Courtney Brown
13944 S. Whitetail Cv.
Riverton, UT 84065

John Johnson
4372 West Bunker Circle
South Jordan, UT 84095

John Schwann
320 6th Ave SE
Aberdeen, SD 57401

Jordan Wall
13212 Sunset Stream Way
Draper, UT 84020

Jose Perez-Tamayo
2153 Bella Vista Drive
Farmington, UT 84025

Joseph Viola
37-30 Review Ave Suite 204
Long Island City, NY 11101

Justin Prince
2767 E 1170 S Cir
Saint George, UT 84790

Justin Prince
2767 E 1170 S
Saint George, UT 84790

Ken Stafford
24 RAMSEY CT
East Setauket, NY 11733

Kent Thomas
7690 S. Bengal Heights Court
Cottonwood Heights, UT 84121

Lee Schull
500 20th Ave NW
Watertown, SD 57201

Linda Byington
8023 S PINEWOOD DR
Sandy, UT 84094

Lindsay Sundloff
4482 N 7C Lane
Erda, UT 84074

Lynn Keddington
659 Linda Loma Dr
Centerville, UT 84014-1931

Mark Fredrickson
2985 E. ROBIDOUX RD
Sandy, UT 84093

Mark Sledge
106 Grandview Circle
Brandon, MS 39047

Matt Fenton
4571 HOLLADAY BLVD
Salt Lake City, UT 84117

MEC Trust 11/27/2013 - Mary Crafts
690 W 350 N
Spanish Fork, UT 84660

Michael Huish
2195 EAST 5340 SOUTH
Salt Lake City, UT 84117

Michael Marshall
54 S 300 W
Delta, UT 84624

Michael Morano
16 BADGER STREET
New City, NY 10956

Michael Oppenheimer
PO Box 300
Mapleton, UT 84664

Michael W Sant Marital Trust 01/01/1997 Attn.
1318 Hidden Quail Cove
Farmington, UT 84025

Michelle and John Evans
11271 south 600 west
South Jordan, UT 84095

Mike Beardsley
8425 Miracle Rd
Rapid City, SD 57702

MKJK Investments, LLC - Attn. Jim & Mike Pain
1206 W 13200 S
Riverton, UT 84065

Munchies 10X LLC -Jon Hasebi
215 S State St STE 1200
Salt Lake City, UT 84111

Mustang Holdings  Attn. Jan Bryner
1650 E. Madsen Lane
Sandy, UT 84093

Nancy Chappell
1070 W. 600 S.
Richfield, UT 84701

Nathan Brockbank
2254 East 5340 South
Salt Lake City, UT 84117

New Leaf Partners, LLC (Joshua Jacobsen/ Ron
3766 Lilac Heights Dr
South Jordan, UT 84095

Opis International, LLC - John Michol Scott
23 W 1800 S
Kaysville, UT 84037

Parr Brown Gee & Loveless
101 S 200 E
Salt Lake City, UT 84111

Paul & Peggy Singleton
1177 Matthew Ave
Salt Lake City, UT 84121

Paul Montano
128 J Street SALT
Salt Lake City, UT 84103

Paula Peterson
1318 Hi8dden Quail Cove
Farmington, UT 84025

Pierrette Tierney
1001 S Cascades Falls Cir
Midway, UT 84049

Preston Eichers
3471 South 3125 East
Salt Lake City, UT 84109

Red Four Okay  Attn. Brooke Richardson
4275 Sandalwood Dr
Pleasant Grove, UT 84062

Robert Harmon

Robert Meyer
496 Old Cappaqua Road
Briarcliff Manor, NY 10510

Robert Watkins Trust  Attn. Robert Watkins
6920 Virginia Hills Drive
Salt Lake City, UT 84121

Ryan Ball
2200 16th Ave SE
Aberdeen, SD 57401

Sara Kate Brotherson  Attn. Kate Strong
777 S Fairway Ln
Orem, UT 84059

Scott Fowler
11406 S. WILLOW VIEW WAY
Sandy, UT 84092-5513

Scott Parker
3052 E. Scenic Valley Lane
Sandy, UT 84092

SECO  Attn. Lon Secrist
8789 Oak Valley Drive
Sandy, UT 84093

SelectHealth
5381 S Green St
Salt Lake City, UT 84123

Seth Grodofsky & Merave Moshe Grodofsky
811 MIZRACH ST ARAD ARAD ISRAEL 89000
Arad Arad,  89000

Smith Legacy Properties  Attn. Jeff Smith
8164 South 5220 West

Spectra / Bennett Family Trust Attn. Brent Be
7208 City View Dr
Salt Lake City, UT 84121

Spectra Properties  Attn. Brent Bennett
7208 City View Dr
Cottonwood Heights, UT 84121

Stephen Beardsley
4461 WEST GLEN PL
Rapid City, SD 57702

Stephen Perry
2979 W Continental Circle
Taylorsville, UT 84129

Stephen Peters
4 Lilac Lane
Aberdeen, SD 57401

Steve Park
2848 Hyland Hills Road
Salt Lake City, UT 84109

Steven Beardsley
4461 WEST GLEN PL
Rapid City, SD 57702

Steven Katz
32 Windgate Dr.
New City, NY 10956-4431

Stewart Park
2269 High Ridge Lane
Sandy, UT 84092

Teri Newfang
8584 North Crest Road

The Carol Marie Thomsen Trust UA 6/2/14
1639 East Red Tree Court
Draper, UT 84020

The Dorathy Newsome Trust 6/28/1999-Dorathy N
10244 South Calla Lily Way
Sandy, UT 84092

Trent Hunt
1378 E. 1500 N.
Lehi, UT 84043

Tyler Tingey
591 East 4190 North
Provo, UT 84604

Utah State Tax Commission
210 North 1950 West Attn
Salt Lake City, UT 84134

Vantage FBO Daniel Buttars IRA  Attn. Daniel
1282 N Fairway Drive
Washington, UT 84780

Whitney Trust (Bob Whitney)
4050 SPLENDOR CIRCLE
Salt Lake City, UT 84124

United States Bankruptcy Court

District of Utah

In re: Adam Nugent

Debtor(s)

Case No.

Chapter 7

**Verification of Creditor Matrix**

The above-named Debtor(s) hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date: 11/28/2023

/s/ Adam Nugent
Signature of Debtor

_____
Signature of Joint Debtor