Mark C. Rose, #13855
Jamie L. Nopper, #10703
**MCKAY, BURTON & THURMAN, P.C.**
Parkview Plaza I
2180 South 1300 East, Suite 400
Salt Lake City, Utah 84106
Telephone: (801) 521-4135
Facsimile: (801) 521-4252
E-mail: mrose@mbt-law.com
E-mail: jnopper@mbt-law.com
*Attorneys for Plaintiff Steven C. Beardsley*

**THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH**

| In re: | Bankruptcy No. 23-25463 |
|---|---|
| ADAM NUGENT, | (Chapter 7) |
| Debtor. | Judge Joel T. Marker |

**SUPPLEMENT TO MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT BETWEEN DEBTOR ADAM NUGENT AND CREDITOR STEVEN C. BEARDSLEY**

Pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 105, 523, and 727, and at the request of the United States Trustee, Creditor Steven C. Beardsley ("Mr. Beardsley"), by and through his legal counsel, hereby provides this supplement to his *Motion for Approval of Settlement Agreement Between Debtor Adam Nugent and Creditor Steven C. Beardsley* [ECF No. 94] (the "Motion"). Mr. Beardsley files this supplement to confirm that no consideration is being received by him in connection with the agreement attached to the Motion for him dismissing the Section 727 cause of action in his adversary proceeding against Debtor Adam Nugent.

1

DATED this 14th day of June, 2024.

**McKay, Burton & Thurman, P.C.**

      /s/ Mark C. Rose
Mark C. Rose
*Attorneys for Creditors Steven C. Beardsley*

**CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

      I hereby certify that on June 14, 2024, I electronically filed the foregoing **SUPPLEMENT TO MOTION FOR APPROVAL OF SETTLEMENT AGREEMENT BETWEEN DEBTOR ADAM NUGENT AND CREDITOR STEVEN C. BEARDSLEY** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users.

Jesse A.P. Baker, ecfutb@aldridgepite.com
P. Matthew Cox, mcox@spencerfane.com
Scott Hewlett Epperson, sepperson@eolawoffice.com
John S. Gygi, john.gygi@sba.gov
George B. Hofmann, ghofmann@ck.law
Penrod W. Keith, penrod.keith@dentons.com
David W. Newman, david.w.newman@usdoj.gov
Aaron A. Nilsen, aaron@utahbk.com
David L. Pinkston, dpinkston@spencerfane.com
Mark C. Rose, mrose@mbt-law.com
Brian M. Rothschild, brothschild@parsonsbehle.com
Michael F. Thomson, thomsonm@gtlaw.com
United States Trustee, USTPRegion19.SK.ECF@usdoj.gov
Melinda Willden, melinda.willden@usdoj.gov
**All other parties entitled to CM/ECF notice in this bankruptcy case**

      /s/ Mark C. Rose